UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL J. BOND,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HWA, INC.,<br><br>　　　　　Defendant. | NO.  CV-06-5036-LRS<br><br>ORDER OF DISMISSAL |

　　　Based upon the parties' stipulation (Ct. Rec. 17), it is hereby ORDERED that any and all claims of Plaintiff Paul J. Bond against Defendant HWA, Inc., (including any claim for costs and attorneys fees) in the above-entitled cause are dismissed with prejudice and without costs or fees to any party.

　　　DATED this 31st day of July, 2007.

　　　　　　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL